# EXHIBIT A

12-Person Jury

FILED
8/21/2018 12:37 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L009016

FILED DATE: 8/21/2018 12:37 AM 2018L009016

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT   LAW DIVISION

| | | |
|---|---|---|
| PRABHAS MOKKAPAT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   2018L009016 |
| | ) | |
| GREENSCAPE HOMES, LLC, GREENSCAPE | ) | |
| HOMES – KPN LLC, GREENSCAPE REALTY | ) | |
| LLC, KPN REAL ESTATE HOLDINGS LLC, | ) | |
| GREENSCAPE VENTURES, LLC, MKJ | ) | |
| HOLDINGS, LLC, GREENSCAPE VENTURES | ) | |
| L.L.C., KENNETH P. NEUMANN, KEITH R. | ) | |
| NEUMANN, JENNIFER BROST, KATHLEEN | ) | |
| WASHKO, ELIZABETH D. KOZAR, MICHAEL | ) | |
| P. LUSK and LUSK LAW LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

**NOW COMES** the Plaintiff PRABHAS MOKKAPAT by and through his attorney PAUL CAGHAN and for Plaintiff's Complaint against Defendants GREENSCAPE HOMES, LLC, GREENSCAPE HOMES – KPN LLC, GREENSCAPE REALTY LLC, KPN REAL ESTATE HOLDINGS LLC, GREENSCAPE VENTURES, LLC, MKJ HOLDINGS, LLC, GREENSCAPE VENTURES L.L.C., KENNETH P. NEUMANN, KEITH R. NEUMANN, JENNIFER BROST, KATHLEEN WASHKO, ELIZABETH D. KOZAR, MICHAEL P. LUSK and LUSK LAW LLC states as follows:

### COUNT I

### FRAUD

**GREENSCAPE HOMES, LLC, GREENSCAPE HOMES – KPN LLC, GREENSCAPE REALTY LLC, KPN REAL ESTATE HOLDINGS LLC, GREENSCAPE VENTURES, LLC, MKJ HOLDINGS, LLC, GREENSCAPE VENTURES L.L.C., KENNETH P. NEUMANN, KEITH R. NEUMANN, JENNIFER BROST, KATHLEEN WASHKO, ELIZABETH D. KOZAR, MICHAEL P. LUSK AND LUSK LAW LLC**

1. Plaintiff PRABHAS MOKKAPAT is an individual residing in Cook County, Illinois.

2. Defendant GREENSCAPE HOMES, LLC is a Delaware limited liability company formed on December 29, 2017 with Ken Neumann as Manager.

3. Defendant GREENSCAPE HOMES – KPN LLC is an Illinois limited liability company formed on April 3, 2002 and managed by Ken Neumann.

4. Defendant GREENSCAPE REALTY LLC is an Illinois limited liability company formed on May 11, 2011 and managed by Keith R. Neumann and Kenneth P. Neumann

5. Defendant KPN REAL ESTATE HOLDINGS LLC is a Delaware limited liability company formed December 29, 2017 and is the Manager of GREENSCAPE HOMES, LLC, a Delaware limited liability company formed December 29, 2017 by Kenneth P. Neumann.

6. Defendant GREENSCAPE VENTURES, LLC is a Delaware limited liability company formed on August 23, 1010.

7. Defendant MKJ HOLDINGS, LLC is the assumed name of GREENSCAPE HOMES, LLC.

8. Defendant GREENSCAPE HOMES – KPN LLC is an Illinois limited liability company formed on April 3, 2002 with Ken Neumann as Manager and formerly known as GREENSCAPE HOMES, LLC, GREENSCAPE VENTURES L.L.C. and GREENSCAPE DEVELOPMENT COMPANY L.L.C.

9. Defendant KENNETH P. NEUMANN ("Ken Neumann") is the minority equity owner of Greenscape Homes – KPN LLC and Greenscape Homes, LLC.

10. Defendant KEITH R. NEUMANN ("Keith Neumann") is the majority equity owner and day to day manager of Greenscape Realty LLC, Greenscape Homes – KPN LLC and

2

Greenscape Homes, LLC. Keith Neumann is licensed as a real estate broker in Illinois and is the majority owner of Greenscape Realty LLC and serves as day to day manager.

11. At all times relevant herein, Defendant KATHLEEN WASHKO was the closing officer and agent, servant and employee of Greenscape Homes – KPN LLC fka Greenscape Homes, LLC, Greenscape Ventures L.L.C. and Greenscape Development Company L.L.C., Ken Neumann and Keith Neumann.

12. At all times relevant herein, Defendant JENNIFER BROST was the closing officer and agent, servant, and employee of Greenscape Homes, LLC, an Illinois limited liability company now known as Greenscape Ventures, LLC and formerly known as MKJ Holdings, LLC, and Ken Neumann and Keith Neumann.

13. At all times relevant herein, the Defendant ELIZABETH D. KOZAR was an agent, servant, and employee of Greenscape Homes – KPN LLC, Greenscape Homes, LLC, Ken Neumann and Keith Neumann.

14. At all times relevant herein, Defendants MICHAEL P. LUSK, Attorney, and his law firm LUSK LAW LLC were the agent, servant, and employee of Greenscape Homes – KPN LLC, Greenscape Homes, LLC, Ken Neumann and Keith Neumann.

15. Defendants owed a duty to plaintiff and others to refrain from using false and inflated appraisals of their properties to fraudulently induce customers including plaintiff to sign agreements for mandatory binding arbitration.

16. The appraisals prepared by defendants for the 'Lincoln', 'Manchester', 'Jefferson' and 'Mayfield' lines and other models contained false and inflated value conclusions.

17. Defendants build and sell new construction homes throughout Cook County and DuPage County, in communities such as in Arlington Heights, Clarendon Hills, Downers Grove,

3

Elmhurst, Glen Ellyn, Hinsdale, Itasca, Lombard, Naperville, Palatine, Warrenville, Westmont, Wheaton, and Woodridge.

18. As to the 'Lincoln', 'Manchester', 'Jefferson' and 'Mayfield' lines of new construction homes, Defendants' appraisals generally overvalued the properties at up to over 150% of fair market value.

19. On and prior to February 27, 2017, Defendants used false and inflated appraisals to fraudulently induce Prabhas Mokkapat to enter into a contract for mandatory binding arbitration.

20. Defendants' inflated appraisals of the property at 738 S. Cleveland Avenue, Arlington Heights, Illinois stated the value conclusion of $850,000 when in fact the fair market value was $575,000. The appraisal reports failed to state that "comparable sales" from $800,000 to $900,000 were based on defendants' sales to prior customers at inflated prices.

21. Defendants' appraisal reports failed to state that appraisers received excessive compensation from defendants, directly and indirectly, to act in derogation of their professional obligations and write severely inflated value conclusions pre-selected by defendants at about 150% of fair market value.

22. Defendants' appraisal reports failed to state that the value conclusion of $850,000 for the home at 738 S. Cleveland, Arlington Heights, Illinois was fraudulently inflated at the rate of 150% of fair market value.

23. Ken Neumann, Keith Neumann, the Greenscape companies and their attorneys Michael P. Lusk, Lusk Law LLC and William Laytin entered into a common plan and agreement to use false and inflated real estate appraisals to fraudulently induce victims including plaintiff to enter into contracts for mandatory binding arbitration.

4

24. Plaintiff reasonably and justifiably relied upon the representations and was thereby induced to enter into an agreement for mandatory binding arbitration.

25. The losses sustained by plaintiff were the direct result of defendants' breaches of duty which resulted in defendants' improper financial gain.

26. Corrupt appraisers wrote false and inflated appraisals at the direction of Keith Neumann, Ken Neumann and the Greenscape companies.

27. In 2012, Ken Neumann, Keith Neumann, Kathleen Washko and co-defendants began operating a Ponzi scheme by fraudulently inflating the appraised values of certain lines of new construction homes for sale. Keith Neumann and Ken Neumann through their companies coopted and bribed professional appraisers with excessive compensation to write value conclusions that overstated the values of the residential properties.

28. Ken Neumann and Keith Neumann and their companies were familiar with the inflated nature of their appraisals and knew from legitimate appraisals not prepared by them that they were providing false and fraudulent information to customers.

29. Placing inflated loans at federally-insured financial institutions is bank fraud in violation of 18 U.S.C. § 1344.

30. Defendants' serial use of false appraisals to induce federally-insured financial institutions to place inflated loans is a violation of statute, *i.e.*, the commission of federal crimes.

31. The inflated appraisals submitted by defendants for sales to prior victims are false entries in the banks' records.

32. It is a crime to overvalue land in connection with a loan from a federally-insured financial institution. 18 U.S.C. § 1014.

5

33. The submission of a false and fraudulent appraisal to a federally-insured financial institution constitutes a conspiracy to violate 18 U.S.C. § 1001.

34. Deceiving a federally-insured bank into approving loans that were disproportionate to the fair market value of the subject properties is a federal crime pursuant to 18 U.S.C. § 1005.

35. The false appraisals generated by defendants inflated the value of the new construction homes and were specific, detailed, materially affected the value of the real estate, and were not ascertainable by a potential buyer upon an examination of the property.

36. As a direct and proximate result of defendants' breaches of duty as stated in paragraph 15 above, plaintiff sustained damages in excess of one million five hundred thousand ($1,500,000.00) dollars, compensatory damages and special damages, and those injuries, damages and losses will continue in the future.

## DEFENDANTS' REPUTATION FOR FRAUD AND PROPENSITY TO COMMIT FRAUD

37. Defendants Ken Neumann, Keith Neumann, Jennifer Brost, Kathleen Washko and Michael P. Lusk each have a history of committing fraud and the character, reputation and propensity to commit fraud.

38. In 2007, Ken Neumann made false statements under oath in the bankruptcy schedules of his company, Neumann Homes Inc. (*In re Neumann Homes, Inc.*, case number 07-bk-20412, USBC-NDIL, Doc. 299, pp. 21, 244). Ken Neumann underreported assets on the Debtor's Schedule B, Personal Property, by omitting fraudulent prepetition transfers to himself and insiders of more than $9 million. (See *Neumann Homes, Inc. et al. v. Kenneth P. Neumann, Jean L. Neumann, and KJET Office Building, LLC*, USBC-NDIL, Adversary Case No. 08-01000, Doc. 40, filed May 28, 2009). Ken Neumann and insiders settled the fraud allegations with the Official Committee of Secured Creditors. (Order Entered July 15, 2009 by the Hon. Eugene R.

6

Wedoff, *Neumann Homes, Inc. et al. v. Kenneth P. Neumann, Jean L. Neumann, and KJET Office Building, LLC*, USBC-NDIL, Adversary Case No. 08-01000, Doc. 55).

39. On September 29, 2014, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 322 W. Helen Road, Arlington Heights, Illinois (PIN# 0222214018) to Jessica Stanczak and Michael Stanczak for $642,500. The fair market value of the property was $450,000.

40. On September 11, 2014, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1430 N. Race Avenue, Arlington Heights, Illinois (PIN# 0319315019) to Julie Blandford and Joseph Blandford for $846,000. The fair market value of the property was $550,000.

41. On May 15, 2014, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 706 S. Cleveland Avenue, Arlington Heights, Illinois (PIN# 0332411014) to Virgil Tam and Jennie Wong for $710,000. The fair market value of the property was $465,000.

42. On March 5, 2014, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1014 N. Beverly Lane, Arlington Heights, Illinois (PIN# 0329201020) to Jennifer L. Franz and David A. Franz for $707,500. The fair market value of the property was $500,000.

7

FILED DATE: 8/21/2018 12:37 AM 2018L009016

43.     On November 4, 2016, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 630 N. Salem Avenue, Arlington Heights, Illinois (PIN# 0330227029) to Kelly C. O'Malley and Michael B. O'Malley for $670,000. The fair market value of the property was $425,000.

44.     On October 7, 2016, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 135 S. Brockway Street, Arlington Heights, Illinois (PIN# 0222218023) to Bradley Clawson and Courtney Clawson for $674,500. The fair market value of the property was $475,000.

45.     On September 19, 2016, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1013 N. Beverly Lane, Arlington Heights, Illinois (PIN# 0329202002) to Sheraleen T. Thompson and Michael O. Thompson for $753,500. The fair market value of the property was $545,000.

46.     On July 25, 2016, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 111 S. Louis Street, Arlington Heights, Illinois (PIN# 0812210006) to Elizabeth Tucker and Paul Westfallen for $661,500. The fair market value of the property was $450,000.

47.     On May 31, 2016, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 109 S. Louis Street, Arlington Heights, Illinois (PIN# 0812210005) to

Michelle R. Marchese and Maurizio M. Marchese for $734,000. The fair market value of the property was $500,000.

48. On April 14, 2016, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1536 S. Douglas Avenue, Arlington Heights, Illinois (PIN# 0810300145) to Edward Joseph Schafer and Kendall Marie Schafer for $740,000. The fair market value of the property was $475,000.

49. On February 9, 2016. Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 913 S. Cleveland Avenue, Arlington Heights, Illinois (PIN# 0332420004) to Kimberly M. Heany and Michael J. Heany for $666,000. The fair market value of the property was $475,000.

50. On October 16, 2015, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1805 N. Fernandez Avenue, Arlington Heights, Illinois (PIN# 0319200013) to Peter D. Morton for $716,000. The fair market value of the property was $475,000.

51. On September 3, 2015, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 816 S. Cleveland Avenue, Arlington Heights, Illinois (PIN# 0332415025) to Alexandria Kraniotis and George Kraniotis for $672,500. The fair market value of the property was $450,000.

9

52. On June 3, 2015, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 710 S. Cleveland Avenue, Arlington Heights, Illinois (PIN# 03324l1015) to Jason M. Cardella and Anne L. Cardella for $670,000. The fair market value of the property was $450,000.

53. On January 8, 2015, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1526 S. Douglas Avenue, Arlington Heights, Illinois (PIN# 0810300142) to William M. Plummer and Jillian R. Plummer for $827,000. The fair market value of the property was $550,000.

54. On May 15, 2018, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1020 Oxford Street, Downers Grove, Illinois (PIN# 0920110015) to Matthew Laird and Jennifer Laird for $646,600. The fair market value of the property was $440,000.

55. On July 2, 2018, Kathleen Washko as closing officer for Greenscape Homes – KPN LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 4633 Pershing Avenue, Downers Grove, Illinois (PIN# 0801411018) to Ryan M. Winiarski and Natalie R. Winiarski for $748,348. The fair market value of the property was $500,000.

56. On June 6, 2018, Kathleen Washko as closing officer for Greenscape Homes – KPN LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 5937 Cumnor Road, Downers Grove, Illinois (PIN#

0916301038) to Sean P. Kline and Ashley N. Kline for $625,000. The fair market value of the property was $425,000.

57. On June 18, 2018, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 3654 Glendenning Road, Downers Grove, Illinois (PIN# 0632404007) to Kelly K. Pfau and Matthew C. Pfau for $905,097. The fair market value of the property was $625,000.

58. On October 17, 2017, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 5306 Carpenter Street, Downers Grove, Illinois (PIN# 0908309005) to Mark A. Sumlin and Andrea L. Sumlin for $946,900. The fair market value of the property was $635,000.

59. On July 24, 2018, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1022 Oxford Street, Downers Grove, Illinois (PIN# 09201101014) to Angela Suggs and Anthony Suggs for $640,000. The fair market value of the property was $425,000.

60. On November 3, 2017, Kathleen Washko as closing officer for Greenscape Homes – KPN LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 449 Parkside Place, Elmhurst, Illinois (PIN# 0611207091) to Rashmi J. Dufner and Matthew J. Dufner for $964,000. The fair market value of the property was $600,000.

11

61. On November 17, 2017, Kathleen Washko as closing officer for Greenscape Homes – KPN LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1038 N. Eagle, Naperville, Illinois (PIN# 0712415002) to Candice Falk and Sean Falk for $770,530. The fair market value of the property was $525,000.

62. On May 25, 2018, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1325 N. Webster Street, Naperville, Illinois (PIN# 0712406007) to Serena Lee and Thomas Lee for $804,179. The fair market value of the property was $550,000.

63. On March 23, 2018, Kathleen Washko as closing officer for Greenscape Homes – KPN LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 607 Parkway Drive, Wheaton, Illinois (PIN# 0509401002) to Kelsey L. Renfro and Michael C. Renfro for $775,000. The fair market value of the property was $515,000.

64. On October 11, 2017, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1105 N. Walnut Avenue, Arlington Heights, Illinois (PIN# 0319414009) to Ria J. Lee and Hike L. Lee for $894,500. The fair market value of the property was $595,000.

65. On September 29, 2017, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 705 N. Kaspar Avenue, Arlington Heights, Illinois (PIN# 0330221024) to Peter M. Cahill for $716,000. The fair market value of the property was $475,000.

66. On March 31, 2017, Jennifer Brost as closing officer for Greenscape Homes, LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying

the residential property at 11 S. School Street, Arlington Heights, Illinois (PIN# 0812200006) to Agustin Rizo and Kelly A. Rizo for $747,000. The fair market value of the property was $525,000.

67. On February 28, 2018, Kathleen Washko as closing officer for Greenscape Homes – KPN LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 4910 Cross Street, Downers Grove, Illinois (PIN# 08102108018) to Alex P. Marusarz and Amber L. Marusarz for $600,000. The fair market value of the property was $400,000.

68. On March 2, 2018, Kathleen Washko as closing officer for Greenscape Homes – KPN LLC committed wire fraud in violation of the RICO Act, 18 U.S.C. 1343 by electronically conveying the residential property at 1112 Palmer Street, Downers Grove, Illinois (PIN# 0920104018) to Jacob J. Penner and Neetu-Elizabeth Penner for $667,000. The fair market value of the property was $450,000.

69. On September 22, 2015, Michael P. Lusk, Lusk Law LLC and their clients Ken Neumann, Keith Neumann, Greenscape Realty LLC, Greenscape Homes, LLC, and Jennifer Brost placed an inflated loan of $501,130 with Chase Bank and conveyed the residential property at 816 S. Cleveland Avenue, Arlington Heights, Illinois (PIN# 0332415025) to Alexandria Kraniotis and George Kraniotis for $672,500, and did knowingly cause to be transmitted by means of wire communication in interstate commerce to Chase Bank, N.A. and their representatives on or about that date, certain writings, signs and signals, namely, emails with the intention of placing an inflated mortgage loan at a federally-insured financial institution in violation of the RICO Act, 18 U.S.C. § 1344.

70. On July 2, 2018, Michael P. Lusk, Lusk Law LLC and their clients Ken Neumann, Keith Neumann, Greenscape Realty LLC, Greenscape Homes – KPN LLC and Jennifer Brost

FILED DATE: 8/21/2018 12:37 AM 2018L009016

placed an inflated loan of $598,670 with Chase Bank and conveyed the residential property at 4633 Pershing Avenue, Downers Grove, Illinois (PIN# 0801411018) to Ryan M. Winiarski and Natalie R. Winiarski for $748,348, and did knowingly cause to be transmitted by means of wire communication in interstate commerce to Chase Bank, N.A. and their representatives on or about that date, certain writings, signs and signals, namely, emails with the intention of placing an inflated mortgage loan at a federally-insured financial institution in violation of the RICO Act, 18 U.S.C. § 1344.

71. On June 6, 2018, Michael P. Lusk, Lusk Law LLC and their clients Ken Neumann, Keith Neumann, Greenscape Realty LLC, Greenscape Homes – KPN LLC and Jennifer Brost placed an inflated loan of $593,750 with Mutual Federal Bank and conveyed the residential property at 5937 Cumnor Road, Downers Grove, Illinois (PIN# 0916301038) to Sean P. Kline and Ashley N. Kline for $625,000, and did knowingly cause to be transmitted by means of wire communication in interstate commerce to Mutual Federal Bank and their representatives on or about that date, certain writings, signs and signals, namely, emails with the intention of placing an inflated mortgage loan at a federally-insured financial institution in violation of the RICO Act, 18 U.S.C. § 1344.

72. On October 30, 2017, Michael P. Lusk, Lusk Law LLC and their clients Ken Neumann, Keith Neumann, Greenscape Realty LLC, Greenscape Homes, LLC and Jennifer Brost placed an inflated loan of $752,800 with First State Bank of Illinois and conveyed the residential property at 5306 Carpenter Street, Downers Grove, Illinois (PIN# 0908309005) to Mark A. Sumlin and Andrea L. Sumlin for $946,900, and did knowingly cause to be transmitted by means of wire communication in interstate commerce to First State Bank of Illinois and their representatives on or about that date, certain writings, signs and signals, namely, emails with the intention of placing

an inflated mortgage loan at a federally-insured financial institution in violation of the RICO Act, 18 U.S.C. § 1344.

73. On November 17, 2017, Michael P. Lusk, Lusk Law LLC and their clients Ken Neumann, Keith Neumann, Greenscape Realty LLC, Greenscape Homes – KPN LLC, and Kathleen Washko placed an inflated loan of $654,500 with Chase Bank and conveyed the residential property at 1038 N. Eagle, Naperville, Illinois (PIN# 0712415002) to Candice Falk and Sean Falk for $770,530, and did knowingly cause to be transmitted by means of wire communication in interstate commerce to Chase Bank, N.A. and their representatives on or about that date, certain writings, signs and signals, namely, emails with the intention of placing an inflated mortgage loan at a federally-insured financial institution in violation of the RICO Act, 18 U.S.C. § 1344.

74. On February 14, 2018, Michael P. Lusk, Lusk Law LLC and their clients Ken Neumann, Keith Neumann, Greenscape Realty LLC, Greenscape Homes, LLC, Greenscape Homes, LLC and Jennifer Brost placed an inflated loan of $662,000 with US Bank and conveyed the residential property at 11 S. School Street, Arlington Heights, Illinois (PIN# 0812200006) to Agustin Rizo and Kelly A. Rizo for $747,000, and did knowingly cause to be transmitted by means of wire communication in interstate commerce to US Bank and their representatives on or about that date, certain writings, signs and signals, namely, emails with the intention of placing an inflated mortgage loan at a federally-insured financial institution in violation of the RICO Act, 18 U.S.C. § 1344.

75. On February 28, 2018, Michael P. Lusk, Lusk Law LLC and their clients Ken Neumann, Keith Neumann, Greenscape Realty LLC, Greenscape Homes – KPN LLC, and Kathleen Washko placed an inflated loan of $450,000 with Fidelity Bank of West Des Moines,

Iowa, and conveyed the residential property at 4910 Cross Street, Downers Grove, Illinois (PIN# 08102108018) to Alex P. Marusarz and Amber L. Marusarz for $600,000, and did knowingly cause to be transmitted by means of wire communication in interstate commerce to Fidelity Bank and its representatives on or about that date, certain writings, signs and signals, namely, emails with the intention of placing an inflated mortgage loan at a federally-insured financial institution in violation of the RICO Act, 18 U.S.C. § 1344.

76. On March 2, 2018, Michael P. Lusk, Lusk Law LLC and their clients Ken Neumann, Keith Neumann, Greenscape Realty LLC, Greenscape Homes – KPN LLC, and Kathleen Washko placed an inflated loan of $533,364 with Wintrust Mortgage, a division of Barrington Bank & Trust Company and conveyed the residential property at 1112 Palmer Street, Downers Grove, Illinois (PIN# 0920104018) to Jacob J. Penner and Neetu-Elizabeth Penner for $667,000, and did knowingly cause to be transmitted by means of wire communication in interstate commerce to Winstrust Mortgage and its representatives on or about that date, certain writings, signs and signals, namely, emails with the intention of placing an inflated mortgage loan at a federally-insured financial institution in violation of the RICO Act, 18 U.S.C. § 1344.

**WHEREFORE**, plaintiff respectfully requests that this Honorable Court enter judgment in their favor and against GREENSCAPE HOMES, LLC, GREENSCAPE HOMES – KPN LLC, GREENSCAPE REALTY LLC, KPN REAL ESTATE HOLDINGS LLC, GREENSCAPE VENTURES, LLC, MKJ HOLDINGS, LLC, GREENSCAPE VENTURES L.L.C., KENNETH P. NEUMANN, KEITH R. NEUMANN, JENNIFER BROST, KATHLEEN WASHKO, ELIZABETH D. KOZAR, MICHAEL P. LUSK AND LUSK LAW LLC, jointly and severally, for a sum in excess of one million five hundred thousand ($1,500,000.00) dollars, plus all other

losses proximately caused by the tortious conduct and for such further relief as the Court deems just and proper.

Plaintiff demands trial by a Jury of Twelve.

**PLAINTIFF**
**PRABHAS MOKKAPAT**


/s/   Paul Caghan


PAUL CAGHAN (A.R.D.C. #3123213)
LAW OFFICE OF PAUL CAGHAN LLC
*Attorney for Plaintiff*
300 North LaSalle Street
Suite 4925
Chicago, Illinois 60654
(773) 469-8724
caghan@ameritech.net

FILED DATE: 8/21/2018 12:37 AM   2018L009016